IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTWAYNE QUARRELS,

    Petitioner,                No. CIV S-09-1782 GGH P

  vs.

D.K. SISTO,

    Respondent.            <u>ORDER</u>

_____/

        Pursuant to the Order, filed on July 10, 2009, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $ 5.00 filing fee. See 28 U.S.C. §§ 1914(a); 1915(a). Court records indicate that, on July 15, 2009, petitioner paid the filing fee.

        Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: July 30, 2009                      /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009
quar1782.fee